UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL R. ESTES,

Plaintiff

v.

KRISTY KOSS, et al.,

Defendants

Case No.: 3:25-cv-00556-ART-CSD

ORDER

## I.    DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, this case will be subject to dismissal without prejudice.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff file his updated address with the Court within thirty (30) days of the date of this order.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court send a courtesy copy of this order, the screening order dated June 3, 2026 (ECF No. 5) and the Complaint (ECF No. 6) to Plaintiff at Ely State Prison (*see* ECF No. 8).

DATED THIS  9th  day of June 2026.

_____
UNITED STATES MAGISTRATE JUDGE